IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:98CR168 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN A. WARBURTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the petition for warrant or summons for offender under supervision (Filing No. 61). The defendant appeared with counsel, Michael F. Maloney, Assistant Public Defender, and the plaintiff was represented by Martin J. Conboy, IV, Assistant United States Attorney.

Defendant admitted Allegations 1, 2, 3 and 4 of the petition. The Court proceeded to disposition.

IT IS ORDERED that defendant is sentenced to the custody of the Bureau of Prisons for 10 months, with no supervised release to follow.

DATED this 2nd day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____